**Exhibits**
Table of Contents
Case No. : 2:21 cv 554
3rd Amended Complaint

| | Exhibits | Page # |
|---|---|---|
| Exhibit 1: | Va. House of Delegates. | 4 |
| Exhibit 2: | Pltf's. Letter to landlord & property manager. | 4 |
| Exhibit 3: | Courtroom / Court Bldg. Misconduct Report. | 4, 9, 31 |
| Exhibit 4: | Def's. Emergency Prtc. Ord. (EPO) against Pltf. | 5, 22-29 |
| Exhibit 5: | Judge's **Denial** Protective Order. | 5, 22-29 |
| Exhibit 6: | Pltf's. Cmplt. of Magistrate Owens. | 5, 22-29 |
| Exhibit 7: | Warrant & Dismissal-- Trespassing. | 5, 22-29 |
| Exhibit 8: | Pltf's. Cmplt. of Magistrate Sterling. | 6, 22-29 |
| Exhibit 9: | Warrant & Dismissal—Viol. of Protective Order. | 6, 22-29 |
| Exhibit 10: | Warrant & Dismissal—Viol. of Protective Order. | 6, 8, 13, 20-29 |
| Exhibit 11: | Pltf's. Mot. To Dismiss Protec. Order. | 7, 15 |
| Exhibit 12: | Gen. D. Ct.--Perm. Protec. Order. | 7, 13, 16 |
| Exhibit 13: | Circuit Ct.--Perm. Protec. Order. | 7, 17 |
| Exhibit 14: | Angel's Petition for Protec. Order. | 8, 18 |
| Exhibit 15: | Judge's Denial of Protec. Oder. | 8, 19, |
| Exhibit 16: | Pltf's. Cmplt. against Police Officers. | 8, 14 |
| Exhibit 17: | Angel's Subpoena for Witnesses. | 9, 13, 19 |
| Exhibit 18: | Pltf's. Letter to Landlords. | 10 |
| Exhibit 19 | Witness (Parker) Affidavit of Harassment. | 11, 29 |
| Exhibit 20: | Dft's Threat of Fase Charges. | 12, 29, 30, 31 |

Table of Contents, p.2

**Exhibit 21:** Letter from Licensed Counselor.   13, 15, 31

**Exhibit 22:** Response from Police Chief   14

**Exhibit 23:** Riddick's Petition Complaint.   15

**Exhibit 24:** Witness (White) Affidavit.   16, 17

**Exhibit 25:** Riddick's Witness List.   16

**Exhibit 26:** Legal Aid Letter.   19

**Exhibit 27:** Mot. To Amend Protec. Order.   19,

**Exhibit 28:** Judge's Order to Deny Mot. To Amend. Protec. Order.   20

**Exhibit 29:** Landscaping Estimate.   29

**Exhibit 30:** Pltf's. Affidavit of Harassment.   31