Exhibit 1a.

## Virginia House of Delegates

The **Virginia House of Delegates** is the lower chamber of the Virginia General Assembly. Alongside the Virginia State Senate, it forms the legislative branch of the Virginia state government and works alongside the governor of Virginia to create laws and establish a state budget. Legislative authority and responsibilities of the Virginia House of Delegates include passing bills on public policy matters, setting levels for state spending, raising and lowering taxes, and voting to uphold or override gubernatorial vetoes.

The Virginia House of Delegates meets in the state capitol building in Richmond, Virginia.
- All 100 seats in the Virginia House of Delegates are up for election in 2023.
- In 2021, all 100 seats were up for election.
- Republicans secured a 52-48 majority in the House after the 2021 election.
- Virginia has a Democratic trifecta.
- The Democratic Party controls the office of governor and both chambers of the state legislature.

This page contains the following information on the Virginia House of Delegates.
- Which party controls the chamber
- The chamber's current membership
- Partisan control of the chamber over time
- Elections in the chamber and how vacancies are filled
- A district map
- How redistricting works in the state
- Legislation currently under consideration
- Legislative session dates
- Legislative procedures, such as veto overrides and the state budget process
- A list of committees

### Virginia House of Delegates general election 2021

- Incumbents are marked with an (i) after their name.

| Office | ● Democratic | ● Republican | Other |
|---|---|---|---|
| District 1 | Did not make the ballot: Christopher Tomlinson | ✓ Terry Kilgore (i) | |
| | | | |
| District 80 | ✓ Don Scott (i) | Deanna Stanton | Did not make the ballot: Thomas DuBois (Independent) |