# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**UNITED STATES ex rel.**
**JOELLE ANGEL,**

                    **Plaintiff(s)**

    v.                                            Case No. 2:23cv37

**DON SCOTT,** *et al.*,

                    **Defendant(s).**

## JUDGMENT IN A CIVIL CASE

    **Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2). The IFP Application is GRANTED; the Clerk is DIRECTED to file all of the proposed filings submitted in this action; Ms. Angel's Motion to Amend is GRANTED; the United States' Motion to Terminate and Unseal, is DISMISSED as moot: Ms. Angel's Motion for Extension is DISMISSED as moot; and this civil action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2). The Clerk is DIRECTED to maintain the IP Application under seal but unseal all other aspects of this case.

DATED: October 6, 2023                                FERNANDO GALINDO, Clerk

                                                                         By      /s/
                                                                         E. Price, Deputy Clerk